**FILED**

08/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0340

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0340

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

LEAH VERNA GUDMUNDSEN,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 24, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 26 2021